UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
RENATA OGRODNIK

CASE NO. 05 B 36006

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

Debtor  
SSN XXX-XX-9920

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/08/05 and confirmed on 01/06/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 14100.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| REGIONS MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 8187.71 | .00 | 2359.32 |
| FIA CARD SERVICES | UNSECURED | 2746.34 | .00 | 791.37 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10859.83 | .00 | 3129.30 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3112.70 | .00 | 896.94 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6343.81 | .00 | 1827.99 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4183.66 | .00 | 1205.54 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 3708.12 | .00 | 1068.51 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1082.38 | .00 | 311.89 |
| ACS | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 40224.55 | .00 | 40224.55 |
| PRINCIPAL PAID | .00 | .00 | 11590.86 | .00 | 11590.86 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 11590.86 | .00 | 11590.86 |

The Debtor's attorney, JOSEPH WROBEL ESQ               , was allowed $   2200.00 and was paid $   306.00  direct and $   1894.00  through the plan.

The Trustee received $    615.14 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 12/16/08                    /s/
                        GLENN STEARNS
                        CHAPTER 13 TRUSTEE
```